**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00256-REB-MEH

JONATHAN R. WEINBACH, D.D.S., M.S. and
JONATHAN R. WEINBACH, D.D.S., M.S. PC, a Colorado professional corporation,

     Plaintiffs,

v.

ORTHODONTIC CENTERS OF COLORADO, INC. a Delaware corporation and
ORTHODONTIC CENTERS OF AMERICA, INC., a Delaware corporation,

     Defendants.

---

**MINUTE ORDER**[1]

---

     Plaintiffs' <u>Unopposed</u> Motion for Leave to File the Attached Sur-Reply to the Reply of Orthodontic Centers of Colorado, Inc. and Orthodontic Centers of America, Inc. to Response to Motion to Transfer [#38], filed September 21, 2006, is GRANTED and the tendered Plaintiffs' Sur-Reply to the Reply of Orthodontic Centers of Colorado, Inc. and Orthodontic Centers of America, Inc. to Response to Motion to Transfer is accepted for filing.

Dated:  September 21, 2006
------------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.