# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 06-cv-00256-REB-MEH

JONATHAN R. WEINBACH, D.D.S., M.S. and
JONATHAN R. WEINBACH, D.D.S., M.S. PC, a Colorado professional corporation,

    Plaintiffs,

v.

ORTHODONTIC CENTERS OF COLORADO, INC. a Delaware corporation and
ORTHODONTIC CENTERS OF AMERICA, INC., a Delaware corporation,

    Defendants.

## ORDER DENYING MOTION TO TRANSFER

**Blackburn, J.**

    This matter is before the court on the defendants' **Motion To Transfer to United States District Court for the Eastern District of Louisiana** [#22], filed August 4, 2006. The plaintiff has filed a response, the defendant has filed a reply, and the plaintiff, with the court's permission, has filed a sur-reply. The motion is denied.

    The defendants have sought bankruptcy protection in the United States Bankruptcy Court for the Eastern District of Louisiana. In their motion, the defendants seek to have the issues raised by the plaintiffs in their complaint heard and determined by United States Bankruptcy Judge Jerry A. Brown of the United States Bankruptcy Court for the Eastern District of Louisiana, the judge who is handling the defendants' bankruptcy proceedings.

    Judge Brown has granted the plaintiffs relief from the statutory automatic stay for the purpose of litigating the issue of whether the contracts that are at the heart of the

2

plaintiffs' claims in this case are void, voidable, or otherwise invalid under Colorado law. *Plaintiffs' sur-reply* [#40], filed September 21, 2006, Exhibit A (order granting relief from stay). I agree with Judge Brown's conclusion that this court is more well suited to hear and resolve that issue than is the Louisiana bankruptcy court. The parties recently completed briefing on the plaintiffs' motion for summary judgment [#41], filed November 21, 2006. Resolution of that motion likely will resolve the key issue described above.

**THEREFORE, IT IS ORDERED** that the defendants' **Motion To Transfer to United States District Court for the Eastern District of Louisiana** [#22], filed August 4, 2006, is **DENIED**.

Dated March 14, 2007, at Denver, Colorado.

**BY THE COURT:**

s/ Robert E. Blackburn
**Robert E. Blackburn**
**United States District Judge**