# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 06-cv-00256-REB-MEH

JONATHAN R. WEINBACH, D.D.S., M.S. and
JONATHAN R. WEINBACH, D.D.S., M.S. PC, a Colorado professional corporation,

    Plaintiffs,

v.

ORTHODONTIC CENTERS OF COLORADO, INC. a Delaware corporation and
ORTHODONTIC CENTERS OF AMERICA, INC., a Delaware corporation,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before the court is the **Stipulation For Dismissal With Prejudice** [#65] filed November 10, 2008.

On September 24, 2007, the court entered an order granting the plaintiffs' motion for summary judgment, and directing the clerk to close this action administratively, pursuant to D.C.COLO.LCivR 41.2, subject to reopening for good cause. After careful review of the stipulation and the file, the court concludes that good cause exists to reopen this case, that the stipulation should be approved, and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That pursuant to D.C.COLO.LCivR 41.2, is **REOPENED**;

2. That the **Stipulation For Dismissal With Prejudice** [#65] filed November 10, 2008, is **APPROVED**;

3. That any pending motion is **DENIED** as moot; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated November 10, 2008, at Denver, Colorado.

                                        **BY THE COURT:**

                                        **s/ Robert E. Blackburn**
                                        **Robert E. Blackburn**
                                        **United States District Judge**